

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-21-00211-CV |
| IN RE: CONGREGATION B'NAI ZION OF EL PASO | § | AN ORIGINAL PROCEEDING IN |
| | § | MANDAMUS |
| | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Javier Alvarez, presiding judge of the County Court at Law #3 of El Paso County, Texas, and concludes that Relator's petition for writ of mandamus should be conditionally granted in part. We therefore direct the trial court to vacate the portion of its order continuing Relator's plea to the jurisdiction to allow broad discovery "on Plaintiff's claim and Defendant's defenses," in accordance with the opinion of this Court. In all other respects, the petition for writ of mandamus is denied. The writ of mandamus will issue should the trial court fail to comply.

IT IS SO ORDERED THIS 20TH DAY OF SEPTEMBER, 2022.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.